In the Matter of JOHN M. KELLY, Appellant, against WILLIAM F. MORGAN, JR., as Commissioner of Public Markets of the City of New York, Respondent.

(Submitted May 18, 1936; decided May 26, 1936.)

*Paul Windels, Corporation Counsel (Arthur B. Hoff, Jr.,* of counsel), for motion.

*Alfred J. Talley* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.